No. 96–8012.  In re Koger.  Petition for writ of mandamus denied.

No. 96–8105.  In re Johnson; and

No. 96–8361.  In re Alexander.  Petitions for writs of mandamus and/or prohibition denied.

No. 96–370.  Bay Area Laundry and Dry Cleaning Pension Trust Fund v. Ferbar Corporation of California, Inc., et al.  C. A. 9th Cir.  Certiorari granted.

No. 96–1370.  Fidelity Financial Services, Inc. v. Fink, Trustee.  C. A. 8th Cir.  Certiorari granted.

No. 96–7151.  Lewis v. United States.  C. A. 5th Cir.  Motion of petitioner for leave to proceed in forma pauperis granted.  Certiorari granted.

No. 95–1962.  Republican Party of Alaska v. O'Callaghan et al.  Sup. Ct. Alaska.  Certiorari denied.

No. 96–1067.  White Wing Development, Inc., dba White Wing Associates v. County of Solano et al.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 96–1183.  Finalco, Inc. v. Roosevelt.  C. A. 9th Cir.  Certiorari denied.

No. 96–1204.  Pease v. Yellowstone County.  C. A. 9th Cir.  Certiorari denied.

No. 96–1205.  Barnes, Administrator of the Estate of Pierpoint, Deceased v. Pierpoint et al.  C. A. 2d Cir.  Certiorari denied.

No. 96–1223.  Joy Technologies, Inc. v. Secretary of Labor et al.  C. A. 10th Cir.  Certiorari denied.